IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Estes Air Transportation Services, et al., :

    Plaintiffs

v.

Rittal Corporation, et al.,

    Defendants

: Case No. 2:07-cv-652

: Judge Sargus

: Magistrate Judge Abel

:

## ORDER

Plaintiffs' December 3, 2007, unopposed motion for dismissal with prejudice (doc. 12) is GRANTED. Plaintiffs state that the parties have reached a settlement agreement. This action is therefore DISMISSED WITH PREJUDICE. The Court retains jurisdiction over the parties' settlement agreement.

                                                2-19-2008
                                  United States District Court Judge